UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALFRED PITRE** | **CIVIL DOCKET NO. 6:23-CV-00699** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

**JUDGMENT**

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's REPORT AND RECOMMENDATION [Doc. 34] is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the REPORT AND RECOMMENDATION, Plaintiff's MOTION TO REMAND [Doc. 24] be DENIED.

THUS, DONE AND SIGNED in Chambers on the 26th day of January 2024.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE